UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 07 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALYSSA JONES, Plaintiff - Appellant, ELLE FOSTER; et al., Appellants, v. RIOT HOSPITALITY GROUP LLC, now known as Noatoz LLC; et al., Defendants - Appellees. | No. 20-15407 D.C. No. 2:17-cv-04612-GMS U.S. District Court for Arizona, Phoenix **ORDER** |

The amended letter brief submitted on January 7, 2022 by Shea Watson, Elle Foster, Alyssa Jones and Chelsea Meyers is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7